IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01114-RPM-MEH

FEDERAL FRUIT & PRODUCE CO.,

     Plaintiff,

v.

RED TOMATO, INC.,
THOMAS R. LIOTTA, and
JESSICA LIOTTA,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 23, 2008.**

     In light of the notice of the reinstatement of bankruptcy proceedings involving Defendant Jessica Liotta [docket #35], Plaintiff's renewed Motion to Lift Bankruptcy Stay as to Individual Defendant Jessica Liotta [filed August 15, 2008; docket #23] is **denied as moot**.