IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: March 20, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

___

Civil Action No. 08-cv-01114-RPM

FEDERAL FRUIT & PRODUCE CO.,            Mark A. Amendola

    Plaintiff,

v.

RED TOMATO, INC., and            Thomas Kelley
JESSICA LIOTTA,

    Defendants.
___

## COURTROOM MINUTES
___

**Hearing on Response to Order to Show Cause**

**10:36 a.m.**     **Court in session.**

Court's preliminary remarks.

Counsel answer questions asked by the Court.

Mr. Kelley states Ms. Liotta has filed bankruptcy and he represents her in that proceeding.

Mr. Amendola states there is a pending bankruptcy adversary proceeding.

**ORDERED:**    Recommendation on Motion for Default Judgment, filed September 17, 2008 [34], is adopted.

**ORDERED:**    Plaintiff Federal Fruit & Produce Co.'s Motion for Final Ruling On Pending Motion for Default Judgment Against Defendant Red Tomato, Inc. Following Report and Recommendation, filed February 3, 2009 [38] is granted.

**ORDERED:**    Plaintiff's Motion for Default Judgment With Incorporated Memorandum in Support, filed July 22, 2008 [11], is granted.

**ORDERED:**    Default Judgment Against Defendant Red Tomato, Inc. D/b/a Red Tomato Specialty Produce, will enter.

**10:56 a.m.**     **Court in recess.**      Hearing concluded. Total time: 20 min.